1  DONOVAN J. DUNNION
   SBN 70713
2  600 West Broadway Suite 1550
   San Diego, California 92101
3
   (619)231-8688
4

5  Attorney for **Defendant SEVERO RIOS**

6

7               **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
8                    **(HON. MARILYN L. HUFF)**
9

10 | UNITED STATES OF AMERICA, | Case No. 03CR0878 MLH |
11 |            Plaintiff,     | **STIPULATION AND ORDER** |
12 | v.                        |                        |
13 | SEVERO RIOS,              |                        |
14 |            Defendant      |                        |

15

16   The condition of supervised release should be modified to allow Dr.
17 Severo Rios to reside in his home in Mexico and report as deemed appropriate to
18 his probation officer in San Diego all other shall remain in effect.
19       IT IS SO STIPULATED AND AGREED.
20 Dated_____
21                                   DONOVAN J. DUNNION
22                                   Attorney for Defendant
23 Dated   9-11-06
24                                   ROBERT ~~CHIAFFA~~ CIAFFA
                                     Assistant United States Attorney
25
       IT IS SO ORDERED:
26 Dated   9/12/06
27                                   HON. MARILYN L. HUFF
                                     U.S. DISTRICT COURT JUDGE
28